UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
ORLANDO DIVISION

IN RE: ENHANCED RECOVERY
COMPANY, LLC TELEPHONE
CONSUMER PROTECTION ACT
LITIGATION                                    Case No. 6:13-md-2398-Orl-37GJK
                                                            (MDL No 2398)

This document relates to Member Case No.: 6:13-cv-46
_____

### ENHANCED RECOVERY COMPANY, LLC'S BRIEF REGARDING THE CURRENT STATUS OF *TIPOO v. ENHANCED RECOVERY COMPANY, LLC*

NOW COMES defendant Enhanced Recovery Company (ERC), by and through undersigned counsel, and pursuant to this Court's Order of January 16, 2013, hereby submits the following brief on the current status of *Tipoo v. Enhanced Recovery Company, LLC*.

The parties reached an agreement to resolve this case on January 28, 2013. The parties are finalizing the settlement agreement and expect to submit a stipulation of dismissal prior to the February 26, 2013 initial status conference.

## PROOF OF SERVICE

I, James K. Schultz, hereby certify that a copy of the foregoing **Enhanced Recovery Company, LLC's Brief Regarding The Current Status Of *Tipoo v. Enhanced Recovery Company, LLC*** was filed electronically on February 1, 2013. Notice of this filing will be sent to the following parties by operation of the Court's electronic filing system. Parties may access this filing through the Court's system.

    Aytan Y. Bellin
    85 Miles Avenue
    White Plains, New York 10606
    Tel.: (914) 358-5345
    Fax: (212) 571-0284
    E-mail: aytan.bellin@bellinlaw.com

Respectfully submitted,

James K. Schultz
James K. Schultz
Attorney for Enhanced Recovery Company, LLC