UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
ORLANDO DIVISION

IN RE: ENHANCED RECOVERY
COMPANY, LLC TELEPHONE
CONSUMER PROTECTION ACT
LITIGATION                                                Case No. 6:13-md-2398-Orl-37GJK
                                                                   (MDL No 2398)

This document relates to Member Case No.: 6:13-cv-48
_____

# JOINT MOTION FOR DISMISSAL OF ACTION WITH PREJUDICE AS TO THE INDIVIDUAL CLAIMS OF JAMES KUBAT AND WITHOUT PREJUDICE AS TO THE CLASS CLAIMS

Plaintiff **JAMES KUBAT,** (hereinafter "Plaintiff") and Defendant **ENHANCED RECOVERY COMPANY, LLC** (hereinafter "Defendant"), (all jointly hereinafter referred to as "the Parties"), hereby move to dismiss the above entitled action with prejudice as to the individual claims and without prejudice as to the class claims, and in support of this motion hereby state:

The Parties agree that this Court can proceed to dismiss this action entirely with prejudice as to the individual claims of Plaintiff and without prejudice as to the class claims.

Dated: February 20, 2013

| | |
|---|---|
| **HYDE & SWIGART** | **SESSIONS FISHMAN NATHAN & ISRAEL LLP** |
| /s/ Joshua B. Swigart | /s/ Debbie Kirkpatrick |
| Joshua B. Swigart, Esq. (SBN: 225557) | Debbi P. Kirkpatrick |
| josh@westcoastlitigation.com | dkirkpatrick@sessions-law.biz |
| Robert L. Hyde, Esq. (SBN: 227183) | Albert R. Limberg |
| bob@westcoastlitigation.com | **Sessions, Fishman, Nathan & Israel** |
| HYDE & SWIGART | 1545 Hotel Circle South, Suite, 150 |
| 411 Camino Del Rio South, Suite 301 | San Diego, CA 92108 |
| San Diego, CA 92108-3551 | (619) 758-1891 |
| Telephone:(619) 233-7770 | Fax: 619-296-2013 |
| Facsimile:(619) 297-1022 | |

## CERTIFICATE OF SERVICE

I hereby certify that on this 20th day of February, 2013, a true and correct copy of the foregoing was electronically filed the foregoing with the Clerk of the Court using the CM/ECF system which will automatically send e-mail notification and where necessary notification by U.S. Mail of such filing to the following:

| | |
|---|---|
| Kimberly D. Howatt<br>khowatt@gordonrees.com | Abbas Kazerounian<br>ak@kazlg.com |
| Joshua Swigart<br>josh@westcoastlitigation.com | Albert R Limberg<br>Sessions Fishman Nathan & Israel LLP<br>1545 Hotel Circle South, Suite 150<br>San Diego, CA 92108 |

   /s/ Michele F. Martin_____

Michele F. Martin