UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
ORLANDO DIVISION

IN RE: ENHANCED RECOVERY
COMPANY, LLC, TELEPHONE
CONSUMER PROTECTION ACT
LITIGATION

Case No. 6:13-md-2398-Orl-37GJK
(MDL No. 2398)

This document relates to all actions.

**PRETRIAL ORDER NO. 2**

The initial status conference for this matter was held on February 26, 2013. (Doc. 33, Minute Entry.)

I. **Appointment of Lead and Liaison Counsel**

James O. Latturner and David P. Schafer are hereby appointed as co-lead counsel for all Plaintiffs. Scott David Owens is hereby appointed as liaison counsel for all Plaintiffs. To that extent, Plaintiffs' Joint Proposal for the Appointment of Interim Leadership Structure for Plaintiffs' Counsel (Doc. 24) is granted; in all other respects, it is denied.

Michele F. Martin and James K. Schultz are hereby appointed as co-lead and co-liaison counsel for Defendant Enhanced Recovery Company. (Doc. 14.) Archis A. Parasharami is hereby appointed as lead counsel for Defendant Illinois Bell Telephone Company; no liaison counsel will be appointed for Illinois Bell. (Doc. 12.)

Counsel are reminded that the attorney appearing at a hearing is responsible for being fully briefed on all matters to be discussed. Furthermore, all counsel are reminded of this District's Local Rule 3.01(g), which requires that counsel meet-and-confer (in person or via telephone, not via email) in a good faith effort to resolve issues raised by a

1

motion before filing it.

## II. Case Management Deadlines

The upcoming pretrial deadlines are set as follows.

### A. Pleadings

Plaintiffs may file a consolidated complaint on or before **Thursday, March 28, 2013**. Defendants may file their responses to the complaint on or before **Wednesday, April 17, 2013**.

### B. Mediation & Discovery

The stay of discovery is hereby continued. The parties are directed to file a joint status report with the Court on or before **Thursday, March 28, 2013**, updating the Court as to the status of mediation.

The parties are ordered to complete mediation on or before **Monday, April 29, 2013**. The parties have leave to select a mediator and a mediation location. All parties—including Defendant Illinois Bell—are directed to have a representative with full settlement authority attend the mediation.

Either on the date that mediation is completed or on **Tuesday, April 30, 2013**, whichever date is earlier, the stay of discovery is lifted and discovery shall proceed in a timely and efficient manner. Discovery will close on **Wednesday, August 28, 2013**.

### C. Class Certification

Plaintiffs may file a consolidated motion for class certification on or before **Monday, October 14, 2013**. Defendants may file their responses on or before **Monday, October 28, 2013**. This briefing should address all class certification issues, but should focus particularly on the commonality requirement.

### D.  Status Conferences

The next status conference in this matter will take place on **Tuesday, May 7, 2013, at 10:00 a.m.** in Courtroom 4A in the Orlando Courthouse. All lead and liaison counsel shall meet-and-confer to agree upon a joint proposed conference agenda, which they shall submit to the Court on or before **Wednesday, May 1, 2013**.

If the parties request an earlier status conference, they shall timely notify the Court and shall represent whether the matter to be discussed is purely discovery-related or otherwise.

### E.  Other Deadlines

Defendant Illinois Bell is hereby granted leave to renew its motion to compel arbitration in Case No. 6:13-cv-44 **as soon as practicable**.

The parties in Case No. 6:13-cv-46 are directed to file their settlement documents on or before **Friday, April 12, 2013**.

**IT IS SO ORDERED**.

**DONE AND ORDERED** in Chambers in Orlando, Florida, on February 28, 2013.

ROY B. DALTON JR.
United States District Judge

Copies:

Counsel of Record

3

MDL Clerk