UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
ORLANDO DIVISION

IN RE: ENHANCED RECOVERY
COMPANY, LLC, TELEPHONE
CONSUMER PROTECTION ACT
LITIGATION

Case No. 6:13-md-2398-Orl-37GJK
(MDL No. 2398)

This document relates to all actions.

**PRETRIAL ORDER NO. 3**

The parties moved for an extension (Doc. 63), which was granted (Doc. 65). Accordingly, the following deadlines are reset as follows. All other deadlines shall remain the same.

The status conference set for Tuesday, May 7, 2013, is cancelled. The next status conference in this matter shall take place on **Thursday, June 13, at 9:30 a.m.** in Courtroom 4A in the Orlando Courthouse. All lead and liaison counsel shall meet-and-confer to agree upon a joint proposed conference agenda, which they shall submit to the Court on or before **Monday, June 3, 2013**.

The parties have advised the Court that mediation is scheduled to take place on Thursday, May 23, 2013, and Friday, May 24, 2013. Therefore, on **Friday, May 24, 2013**, the stay of discovery will be automatically lifted, and discovery shall proceed in a timely and efficient manner. Discovery will close on **Friday, September 27, 2013**.

Plaintiffs may file a consolidated motion for class certification on or before **Tuesday, November 12, 2013**. Defendants may file their responses on or before **Monday, December 2, 2013**.

These deadlines are not advisory. Any request for an extension of a deadline

1

must be submitted via formal motion before the deadline has passed. Further requests for extension will be highly disfavored.

**IT IS SO ORDERED**.

**DONE AND ORDERED** in Chambers in Orlando, Florida, on May 2, 2013.

ROY B. DALTON JR.
United States District Judge

Copies:

Counsel of Record

MDL Clerk