**UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
ORLANDO DIVISION**

IN RE: ENHANCED RECOVERY
COMPANY, LLC, TELEPHONE
CONSUMER PROTECTION ACT
LITIGATION

Case No. 6:13-md-2398-Orl-37GJK
(MDL No. 2398)

This document relates to all actions.

**PRETRIAL ORDER NO. 4**

This cause is before the Court on the parties' Joint Proposed Conference Agenda (Doc. 79), filed June 3, 2013. The parties represent that they have reached a settlement agreement.

In light of the above, the status conference set for Thursday, June 13, 2013, is **CANCELLED**. If necessary, it will be reset by separate notice.

On or before Monday, **August 5, 2013**, the parties are **DIRECTED** to file their joint motion for preliminary approval of the settlement. If the parties expect that they will not meet that deadline, they shall promptly notify the Court in advance via status report.

All other existing deadlines, including those involving the motion to compel arbitration, discovery, and the motion for class certification, are hereby **STAYED** pending further determination of this Court.

**IT IS SO ORDERED**.

**DONE AND ORDERED** in Chambers in Orlando, Florida, on June 5, 2013.

_____
ROY B. DALTON JR.
United States District Judge

Copies:

Counsel of Record

MDL Clerk