## UNITED STATES DISTRICT COURT
## MIDDLE DISTRICT OF FLORIDA
## ORLANDO DIVISION

IN RE: ENHANCED RECOVERY
COMPANY, LLC, TELEPHONE
CONSUMER PROTECTION ACT
LITIGATION

Case No. 6:13-md-2398-Orl-37GJK
(MDL No. 2398)

This document relates to all actions.

## PRETRIAL ORDER NO. 5

This cause is before the Court on the parties' Joint Status Report and Request for Settlement Conference (Doc. 84), filed August 26, 2013. The parties represent that they have agreed to most of the provisions necessary for settlement; however, they raise an issue regarding the release of the class claims. (*Id.* at 5–6.) The Court has reviewed the parties' submission and the potentially problematic case law. (*See id.*)

In light of the above, and pursuant to its authority under Federal Rule of Civil Procedure 23(d) and the Court's obligation to protect the interests of absent class members, the Court hereby sets a preliminary fairness hearing on this matter before the undersigned on Tuesday, **October 1, 2013**, at 9:30 a.m., in Courtroom 4A of the Orlando Courthouse.

The parties should be prepared to discuss: (1) the terms of the proposed settlement on which the parties agree; (2) the impact of *Felix v. Northstar Location Services, LCC,* No. 11-CV-00166(JJM), 2013 WL 2319326, at *11–12 (W.D.N.Y. May 28, 2013), *In re Dry Max Pampers Litigation*, No. 11-4156, 2013 WL 3957060, at *3 (6th Cir. Aug. 2, 2013), and any other relevant case law on the proposed settlement; (3) the potential inequities to the class which may result from approval of the proposed

1

settlement and how those inequities may be mitigated; (4) the appropriateness of any proposed attorney's fees in light of the benefits obtained; and (5) whether a further fairness hearing is warranted.

**IT IS SO ORDERED**.

**DONE AND ORDERED** in Chambers in Orlando, Florida, on August 29, 2013.

ROY B. DALTON JR.
United States District Judge

Copies:

Counsel of Record

MDL Clerk