UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
ORLANDO DIVISION

| MDL 2398<br>Enhanced Recovery Company LLC | | CASE NO. 6:13-md-2398-Orl-37GJK | |
|---|---|---|---|
| JUDGE<br><br>Roy B. Dalton, Jr., U.S. District Judge | | COUNSEL FOR PLAINTIFF | Scott Owens / James Latturner / / Brian Trenz / David Schafer |
| | | COUNSEL FOR DEFENDANT | Jim Schultz /Scott Gallagher / Kevin Jacob |
| DEPUTY CLERK | Virginia Flick | COURT REPORTER | Sandy Tremmel |
| DATE AND TIME | 7/29/13 9:02 - 9:19 am | TOTAL TIME | 0/17 |

## CLERK'S MINUTES

PROCEEDINGS OF: FINAL FAIRNESS HEARING

Counsel summarizes terms of Settlement and expectation of the Soppet and Tang v AT&T cases

Court has reviewed the settlement agreement and the documentation of the fee requests Court finds that the class is appropriately certified and finds that sufficient notice has been given

No class members filed objections and no class members have

Court finds that the Settlement agreement is fair, adequate and reasonable that the fee request is fair and reasonable

Order to enter