**UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
ORLANDO DIVISION**

IN RE: ENHANCED RECOVERY
COMPANY, LLC, TELEPHONE
CONSUMER PROTECTION ACT
LITIGATION

Case No. 6:13-md-2398-Orl-37GJK
(MDL No. 2398)

This document relates to all actions.

**ORDER**

This cause is before the Court on the following:

1. Order to Show Cause (Doc. 126), filed October 20, 2014;

2. Stipulation of Plaintiff Loidy Tang and Defendant Illinois Bell Telephone Company Regarding the October 20, 2014 Order to Show Cause (Doc. 127), filed October 28, 2014;

3. Response to Order to Show Cause (Doc. 128), filed October 28, 2014; and

4. Response to Order to Show Cause by Enhanced Recover Company, LLC (Doc. 129), filed October 29, 2014.

On August 6, 2014, the Court issued an Order approving the parties' Class Action Settlement Agreement. (Doc. 125.) In the Order, the Court, *inter alia*, dismissed all claims against Defendant Enhanced Recovery Company, LLC and retained jurisdiction for sixty (60) days over the individual claims that Plaintiffs Teresa Soppet and Loidy Tang raised against Defendant Illinois Bell Telephone Company ("Illinois Bell") in Member Case No. 6:13-cv-44 so that the parties could finalize their settlement agreements. (*See id.* at 5.)

On October 20, 2014, the Court ordered the parties to show cause as to why Lead

Case No. 6:13-md-2398 and Member Case No. 6:13-cv-44 should not be dismissed and closed. (*See* Doc. 161.) The parties responded and indicated that Teresa Soppet's claims against Illinois Bell have been resolved and can be dismissed with prejudice, leaving Loidy Tang's claims against Illinois Bell as the only unresolved claims in this action. (*See* Doc. 127, ¶ 3; Doc. 128, p. 1.) Loidy Tang and Illinois Bell request additional time to finalize their settlement agreement. (*See* Doc. 127, ¶ 4; Doc. 128, p. 1.)

Upon consideration, the Court will grant Loidy Tang and Illinois Bell's request for additional time to finalize their settlement agreement. Those parties will be directed to notify the Court upon finalization of the agreement, at which time the Court will close Lead Case No. 6:13-md-2398 and Member Case No. 6:13-cv-44.

Accordingly, it is hereby **ORDERED AND ADJUDGED**:

1. Plaintiff Teresa Soppet's claims against Defendant Illinois Bell Telephone Company are **DISMISSED WITH PREJUDICE**. (*See* Doc. 128, p. 1.)

2. The Court **RETAINS** jurisdiction over Plaintiff Loidy Tang's claims against Defendant Illinois Bell for an additional thirty (30) days. Plaintiff Loidy Tang and Defendant Illinois Bell are **DIRECTED** to file a joint notice apprising the Court of the status of their settlement agreement on or before the earlier of: (1) the date of the agreement's finalization; or (2) November 30, 2014.

**DONE AND ORDERED** in Chambers in Orlando, Florida, on October 31, 2014.

_____
ROY B. DALTON JR.
United States District Judge

2

Copies:

Counsel of Record